**Dismissed and Memorandum Opinion filed July 3, 2012.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-12-00512-CR

_____

**RONALD DEAN GOODWIN, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 405th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 08CR1047**

## MEMORANDUM   OPINION

Appellant entered a guilty plea to indecency with a child and received deferred adjudication probation.   The State subsequently moved to adjudicate appellant's guilt.   In accordance with the terms of a plea bargain agreement with the State, the trial court adjudicated appellant guilty and sentenced appellant on April 20, 2012, to confinement for 10 years in the Institutional Division of the Texas Department of Criminal Justice. Appellant filed a pro se notice of appeal.   We dismiss the appeal.

The trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no right of appeal.   *See*

Tex. R. App. P. 25.2(a)(2).   The trial court's certification is included in the record on appeal.   *See* Tex. R. App. P. 25.2(d).   The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Jamison.
Do Not Publish — TEX. R. APP. P. 47.2(b)